UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 25-126(DSD/SGE)

Julie Dalton, individually and
on behalf of all others
similarly situated,

      Plaintiffs,

v.                                                        **ORDER**

Gamestop, Inc.,

      Defendant.


Based upon the submitted notice of dismissal, which has been reviewed and approved by the undersigned, **IT IS HEREBY ORDERED** that all claims between the parties be dismissed with prejudice and without costs or fees to any party.


Dated: March 19, 2025

                                     s/David S. Doty
                                     David S. Doty, Judge
                                     United States District Court